KAEMPFER CROWELL
Louis M. Bubala III, Nev. Bar No. 8974
Isabella R. Goldsmith, Nev. Bar No. 16870
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: lbubala@kcnvlaw.com
igoldsmith@kcnvlaw.com

Attorneys for FirstKey Homes, LLC
and FirstKey Homes of Nevada, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAYIRAH DUNLAP,<br><br>Plaintiff,<br><br>vs.<br><br>FIRSTKEY HOMES, LLC; FIRSTKEY HOMES OF NEVADA, LLC; DOES I THROUGH X; and, ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:26-cv-2492-CDS-DJA<br><br>~~STIPULATION AND [PROPOSED]~~ **ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST EXTENSION)** |

Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiff, Nayirah Dunlap and Defendants, FirstKey Homes, LLC and FirstKey Homes of Nevada, LLC ("FirstKey Defendants"), by the undersigned counsel, stipulate and agree that FirstKey Defendants have up to and including **September 16, 2026**, to file FirstKey Defendants' Answer or other Response to Plaintiff's Complaint as follows:

1. On July 16, 2026, Plaintiff filed her Complaint in state court. ECF 1-1.

2. On August 12, 2026, FirstKey Defendants noticed removal to this court. ECF 1.

3. FirstKey Defendants' current response deadline is 7-days post removal, or August 19, 2026. Fed. R. Civ. P. 81(c)(2). The deadline has not expired.

4. FirstKey Defendants requested an extension as defense counsel was recently retained and requires additional time to familiarize themselves with Plaintiff's Complaint allegations and the underlying facts in order to prepare a substantive response to Plaintiff's Complaint.

**5.** The parties agree to allow FirstKey Defendants a 28-day extension of time within which to answer or otherwise respond to the Complaint, up to and including **September 16, 2026.**

6. FirstKey Defendants agree that they are not contesting service.

7. The parties agree that this extension will not prejudice any of the parties to this action.

8. This first request for an extension of time to answer or respond to the Complaint is in the spirit of efficiency for both the parties and the court.

Dated August 17, 2026
GABROY MESSER

*/s/ Kaine Messer*
Christian Gabroy, Nev. Bar No. 8805
Kaine Messer, Nev. Bar No. 14240
The District of Green Valley Ranch
170 South Green Valley Pkwy., Ste. 280
Henderson, Nevada 89012
christian@gabroy.com
kmesser@gabroy.com

Attorneys for Plaintiff Nayirah Dunlap

Dated August 17, 2026
KAEMPFER CROWELL

*/s/ Isabella R. Goldsmith*
Louis M. Bubala III, Nev. Bar No. 8974
Isabella R. Goldsmith, Nev. Bar No. 16870
1980 Festival Plaza Dr., Ste. 650
Las Vegas, Nevada 89135
lbubala@kcnvlaw.com
igoldsmith@kcnvlaw.com

Attorneys for Defendant FirstKey Homes, LLC and FirstKey Homes of Nevada, LLC

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 20, 2026